IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOMPKINS; individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:11-cv-02836-GEB-EFB<br><br>ORDER |

       Defendants filed an ex parte application for leave to file a surreply, arguing Plaintiff "improperly makes new legal arguments based upon new assertions not contained in the Complaint or his moving papers." (Defs.' Mot. 2:27-3:1.) However, neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court's "discretion should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists . . . ." <u>Hill v. England</u>, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005). Since Defendants have not shown a valid reason for additional briefing, this

application is DENIED.

Dated: January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge