IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TOMPKINS; individually, )
and on behalf of other members ) 2:11-cv-02836-GEB-EFB
of the general public similarly )
situated, and on behalf of )
aggrieved employees pursuant to ) ORDER
the Private Attorneys General )
Act ("PAGA"), )
)
               Plaintiffs, )
)
        v. )
)
C & S WHOLESALE GROCERS, INC., a )
Vermont corporation; TRACY )
LOGISTICS, LLC, an unknown )
business entity; and DOES 1 )
through 100, inclusive, )
)
              Defendants. )
_____ )

        Defendants filed an ex parte application for leave to file a surreply, arguing Plaintiff "improperly makes new legal arguments based upon new assertions not contained in the Complaint or his moving papers." (Defs.' Mot. 2:27-3:1.) However, neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court's "discretion should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists . . . ." Hill v. England, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005). Since Defendants have not shown a valid reason for additional briefing, this

1

1 | application is DENIED.

2 | Dated:   January 18, 2012

GARLAND E. BURRELL, JR.
United States District Judge